AUSA: Susan Fairchild  Telephone: (313) 226-9577
AO 91 (Rev. 11/11) Criminal Complaint      Agent: Sarah A. Soles  Telephone: (313) 570-5211

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Abdon GARCIA-JAMAICA, a/k/a Miguel Angel GOMEZ,
a/k/a Augustin GARCIA-MIRANDA,

Case No.  25-30153

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 12, 2025 in the county of Macomb in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:

On or about March 12, 2025, in the Eastern District of Michigan, Southern Division, Abdon GARCIA-JAMAICA, a/k/a Miguel Angel GOMEZ, a/k/a Augustin GARCIA-MIRANDA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about January 17, 2016, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☐ Continued on the attached sheet.

*Complainant's signature*

Sarah A. Soles, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 18, 2025

*Judge's signature*

City and state: Detroit, MI

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Sarah A. Soles, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Border Patrol and I have been employed in this capacity since June of 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official immigration file and system automated data relating to Abdon GARCIA-JAMAICA, which attests to the following:

2. Abdon GARCIA-JAMAICA (a/k/a Miguel Angel GOMEZ or Augustin GARCIA-MIRANDA) is a fifty-one-year-old male, native and citizen of Mexico, who claims to have last entered the United States at or near Laredo, Texas in April of 2023, without being admitted, inspected or paroled by an Immigration Officer.

3. On September 18, 1994, GARCIA-JAMAICA was arrested by the Granada Police Department in Granada, Colorado for assault. During this arrest, GARCIA-JAMAICA used an alias name of Miguel Angel GOMEZ and January XX, 1970, as his date of birth.

4. On August 20, 1998, GARCIA-JAMAICA was arrested by the U.S. Border Patrol near Hereford, Arizona. GARCIA-JAMAICA was granted a Voluntary Return to Mexico on that same date.

5. On November 21, 2003, GARCIA-JAMAICA was arrested by the U.S. Border Patrol near Campo, California. During this arrest, GARCIA-JAMAICA used the alias name of Augustin GARCIA-MIRANDA. GARCIA-JAMAICA was granted a Voluntary Return to Mexico on that same date.

6. On January 15, 2016, GARCIA-JAMAICA was arrested by the U.S. Border Patrol near Hebbronville, Texas. GARCIA-JAMAICA was processed as an Expedited Removal and ordered removed from the United States by a designated official on January 16, 2016. GARCIA-JAMAICA was

1

subsequently removed from the United States to Mexico on January 17, 2016, via Laredo, Texas

7. On February 24, 2023, GARCIA-JAMAICA was arrested by the U.S. Border Patrol near Laredo, Texas. GARCIA-JAMICA was granted a Voluntary Return to Mexico.

8. On March 12, 2025, GARCIA-JAMAICA was traveling with a subject that Marysville Border Patrol Agents had identified as a previously removed illegal alien from Mexico. Agents initiated a vehicle stop in Shelby Township, Michigan, near the intersection of 23 Mile Road and Ryan Road. When the agents attempted to get the driver to exit the vehicle to place him under arrest, he refused to roll the windows down, unlock the doors or place the vehicle in park. This resulted in agents breaking the driver side window to gain control of the driver and the vehicle. After identifying GARCIA-JAMAICA, who was the passenger in the vehicle, and initiating an immigration inspection, agents placed him under arrest for being illegally present in the United States.

9. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

10. Review of records from the alien file (A# xxx xxx 323) for GARCIA-JAMAICA and queries in U.S. Department of Homeland Security databases confirm that no record exists of GARCIA-JAMAICA obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his last removal on or about January 17, 2016.

11. Based on the above information, there is probable cause to believe that, on or about March 12, 2025, at or near Shelby Township, in the Eastern District of Michigan, Southern Division, Abdon GARCIA-JAMAICA, an alien from Mexico was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about January 17, 2016, at

2

or near Laredo, Texas, and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Sarah A. Soles, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

March 18, 2025